*Ebenezer Wiswall et al* v. *Daniel T. Wandell.* S. STEVENS, & M. T. REYNOLDS, for appellents; J. D. WILLARD & A. TABER,

for respondents. Order of the vice chancellor of the third circuit dissolving an injunction which restrained the defendant from keeping a skiff ferry at Troy, affirmed with costs. The Chancellor holding that an injunction should not be granted until the complainants have established their right by a suit at law; or in a suit to be brought under the direction of this court.